UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY KANSIER,

      Plaintiff,                          Case No. 20-cv-10791
                                                Hon. Matthew F. Leitman

v.

C.R. BARD, INC., et al.,

      Defendants.

_____/

## **ORDER**

Upon consideration of the Parties' STATUS REPORT AND JOINT MOTION TO EXTEND STAY and ORDER, and for good cause appearing, **IT IS HEREBY ORDERED** that the Parties' Motion is GRANTED, and all deadlines are hereby stayed for ninety (90) days after the entry of this Order to allow the Parties to finalize the settlement of this matter.

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: January 14, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 14, 2021, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764

Respectfully submitted, this 14th day of January, 2021.

| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| */s/ David M. Langevin (with permission)* <br> David M Langevin <br> Minnesota Bar No. 329563 <br> McSweeney Langevin, LLC <br> 2116 2nd Ave. S <br> Minneapolis, MN 55404 <br> Phone: (612) 746-4646 <br> Facsimile: (612) 454-2678 <br> Dave@WeStrikeBack.com <br> filing@westrikeback.com <br><br> *Attorneys for Plaintiff* | */s/ Sanjay Ghosh* <br> Taylor Tapley Daly <br> Georgia Bar No. 697887 <br> Sanjay Ghosh <br> Georgia Bar No. 141611 <br> Nelson Mullins Riley & Scarborough LLP <br> Atlantic Station <br> 201 17th Street NW, Suite 1700 <br> Atlanta, GA  30363 <br> Phone: (404) 322-6000 <br> Facsimile: (404) 322-6050 <br> taylor.daly@nelsonmullins.com <br> sanjay.ghosh@nelsonmullins.com <br><br> AND <br><br> */s/ John G. Mitchell* <br> John G. Mitchell <br> SECREST WARDLE <br> 2600 Troy Center Blvd. <br> P.O. Box 5025 <br> Troy, MI 48007-5025 <br> Phone: (248) 851-9500 <br> jmitchell@secrestwardle.com <br><br> *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |