UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY KANSIER,

    Plaintiff,     Case No: 20-cv-10791
                    Hon. Matthew F. Leitman

v.

C. R. BARD, INC. et al.,

    Defendants.
_____/

## ORDER

Upon consideration of the Parties' STATUS REPORT AND JOINT MOTION TO EXTEND STAY and ORDER, and for good cause appearing, **IT IS HEREBY ORDERED** that the Parties' Motion is GRANTED. All deadlines are hereby stayed for ninety (90) days after the entry of this Order to allow the Parties to finalize the settlement of this matter.

    IT IS SO ORDERED.

                                           /s/Matthew F. Leitman
                                           MATTHEW F. LEITMAN
                                           UNITED STATES DISTRICT JUDGE

Dated:  April 15, 2021

Respectfully submitted this 14th day of April, 2021.

| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ David M. Langevin (with permission) <br> David M. Langevin <br> Minnesota Bar No. 329563 <br> McSweeney Langevin, LLC <br> 2116 2nd Ave. S <br> Minneapolis, MN 55404 <br> 612-746-4646 <br> 612-454-2678 <br> Dave@WeStrikeBack.com <br> filing@westrikeback.com <br><br> *Attorneys for Plaintiff* | /s/ Sanjay Ghosh <br> Taylor Tapley Daly <br> Georgia Bar No. 697887 <br> Sanjay Ghosh <br> Georgia Bar No. 141611 <br> Nelson Mullins Riley & Scarborough LLP <br> Atlantic Station <br> 201 17th Street NW, Suite 1700 <br> Atlanta, GA 30363 <br> 404-322-6000 <br> 404-322-6050 <br> sanjay.ghosh@nelsonmullins.com <br> matthew.lerner@nelsonmullins.com <br><br> AND <br><br> /s/ John G. Mitchell <br> John G. Mitchell, Esq. <br> P39892 <br> SECREST WARDLE <br> 2600 Troy Center Drive, <br> P.O. Box 5025 <br> Troy, MI 48007-5025 <br> 248- 851-9500 <br> 248-538-1223 <br> jmitchell@secrestwardle.com <br><br> *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |